# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

CARLOS DOMINGUEZ,

               Plaintiff,

v.

FIRST ADVANTAGE
BACKGROUND SERVICES CORP.,

               Defendant.

Case No.: 2:23-cv-01161-DSF-AGR

**ORDER**

Upon review of Plaintiff Carlos Dominguez and Defendant First Advantage Background Services Corp.'s Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date:  11/22/2023

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE